# UNITED STATES DISTRICT COURT
### for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs.  Jason Kirby Nevill _____     Docket No.  0650 1:12CR00004 - 1 _____

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Maria K Johnson _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant  Jason Kirby Nevill _____
who was placed under pretrial release supervision by the  Honorable E. Clifton Knowles, U.S. Magistrate Judge
sitting in the Court at  **Nashville, Tennessee** _____ , on  April 30, 2012 _____ , under the following
conditions:  Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Maria K Johnson _____      Nashville, TN _____      June 11, 2013 _____
U.S. Pretrial Services Officer              Place:                                    Date:

Next Scheduled Court Event     **Sentencing Hearing** _____      November 18, 2013 _____
                               Event                                   Date

## PETITIONING THE COURT

☒  No Action                          ☐  To issue an order setting a hearing on the petition
☐  To Issue a Warrant                 ☐  Other

---

THE COURT ORDERS:
☒ No Action  *as recommended*          ☐  A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)     _____      _____
☐ Other                                Date                   Time

Considered and ordered this _____ 11 _____ day
of _____ June _____ , _____ 2013 and ordered filed
and made a part of the records in the above
case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

Honorable William J. Haynes, Jr.
Chief U.S. District Judge
RE: Petition for Action On
Jason Kirby Nevill
1:12CR00004-1
June 11, 2013

On April 30, 2012, Jason Kirby Nevill appeared before the Honorable E. Clifton Knowles for an Initial Appearance pursuant to being charged with 21 USC § 846: Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute a Quantity of 3, 4-Methylenedioxymethamphetamine (MDMA). On that date, the defendant was released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Violation(s):**

**Condition (1): The defendant must not violate any federal, state, or local law while on release. On February 18, 2013, the defendant was issued a citation for Speeding 103 mph in a 70 mph zone in Williamson County, Tennessee.**

**Probation Officer's Actions:**
On March 5, 2013, the defendant reported the Speeding citation to this officer. This officer verbally reprimanded the defendant regarding his actions, and requested that the defendant provide disposition information after his court hearing on May 2, 2013. On May 2, 2013, the defendant appeared in Williamson County General Sessions Court. Defendant Nevill was sentenced to 30 days probation; 30 days custody at 75%, suspend all but 2 days; plus costs ($390). On May 14, 2013, the defendant reported to the Williamson County Jail to serve his custody sentence.

**Respectfully Petitioning the Court as Follows:**
This was the defendant's first violation since his release on bond. It is respectfully recommended that no action be taken by the Court at this time.

Approved by:

Burton Putman
Supervisory U.S. Probation Officer

xc: Brent Hannafan, Assistant U.S. Attorney
George Travis Hawkins, Defense Attorney

# UNITED STATES DISTRICT COURT

MIDDLE                    **District of**                    TENNESSEE

United States of America

V.

JASON KIRBY NEVILL

Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 1:12-00004-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

Place

_____ **on** _____

Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )    The defendant promises to appear at all proceedings as required and to surrender

(   )    The defendant executes an unsecured bond binding the defendant to pay
                                                        dollar _____ )
in the event of a failure to appear as required or to surrender as directed for

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  ) (6)  The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____  (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____    _____
                                    Custodian or Proxy                              Date

( X ) (7)  The defendant shall:

( X ) (a)  report to the   U.S. Pretrial Services as directed  ,
telephone number   (615) 736-5771  , not later than  _____

(  ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____

(  ) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____

(  ) (d)  execute a bail bond with solvent sureties in the amount of $ _____.

( X ) (e)  maintain or actively seek employment.

(  ) (f)  maintain or commence an education program.

(  ) (g)  surrender any passport to: _____

(  ) (h)  obtain no passport.

(  ) (i)  abide by the following restrictions on personal association, place of abode, or travel: _____

( X ) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:   Co-defendant

(  ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

(  ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

(  ) (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( X ) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X ) (o)  refrain from (  ) any  ( X ) excessive use of alcohol.

( X ) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( X ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( V ) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing ~~or electronic monitoring~~ which is (are) required as a condition(s) of release.

(  ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which  (  ) will or (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

(  ) (i) Curfew. You are restricted to your residence every day  (  ) from _____ to _____ , or  (  ) as directed by the pretrial services office or supervising officer; or

(  ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

(  ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( X ) (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.  → within 48 hrs

( X ) (v)  Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.

(  ) (w)  _____

(  ) (x)  _____

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL SERVICES      U.S. ATTORNEY      U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____April 30, 2012_____          _____
                                                                                  Signature of Judicial Officer

                                                       E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
                                                                Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL